# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| FERMIN GUERRERO, ) | No. CV 10-08257-ODW (VBK) |
| Petitioner, ) | [~~PROPOSED~~] JUDGMENT |
| v. ) | |
| RAUL LOPEZ, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting the findings and recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 10-23-2013

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE