JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERMIN GUERRERO, | No. CV 10-8257-ODW (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| RAUL LOPEZ, | |
| Respondent. | |

Under the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: February 2, 2018

_____
OTIS D. WRIGHT II
United States District Judge